UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | | |
|---|---|---|
| MICHAEL HARRIS, et al., *individually and on behalf of all others similarly situated,* | ) | |
| *Plaintiffs,* | ) | Case No.: 1:25-cv-107 |
| v. | ) | Judge Curtis L. Collier<br>Magistrate Judge Michael J. Dumitru |
| LEE UNIVERSITY, | ) | |
| *Defendant.* | ) | |

**O R D E R**

Before the Court is a motion by Plaintiffs Michael Harris, Christopher Vaught, Caleb Nabors, Katelyn Butler, Brittany Kubba, and Dennis Goodine (collectively "Plaintiffs") for an order preliminarily approving the Rule 23 settlement agreement in this action. (Doc. 31.) Plaintiffs also request that the Court conditionally certify the Settlement Class, appoint Leanna Loginov and J. Gerard Stranch as Class Counsel, appoint Plaintiffs as class representatives, approve the Notices, Notice Program, Claim Form, and Claim Process, and the opt-out or objection procedures, appoint Kroll as the settlement administrator, stay the action pending final settlement approval, and schedule a final approval hearing. (Doc. 31 at 1–2; Doc. 37 at 1.) Defendant does not oppose the motion. (*See* Doc. 31 at 1.)

The Court **GRANTS** the motion (Doc. 31) and **PRELIMINARILY APPROVES** the proposed settlement agreement (Doc. 31-1). The Court **APPOINTS** Kroll Settlement Administration LLC as settlement administrator. The Court **APPROVES** the proposed settlement notice plan and opt-out/objection procedures (Doc. 31-1 at 55–70) and **DIRECTS** the settlement administrator to provide notice of the proposed settlement to the class members. The Court **CONFIRMS** Plaintiffs' Counsel as class counsel and **APPOINTS** Plaintiffs as class

representatives. For good cause shown, the case is **STAYED**. The Court will hold a final approval and fairness hearing on **Thursday, July 23, 2026, at 2:00 p.m. Eastern Time** at the federal courthouse in Chattanooga, Tennessee.

**SO ORDERED.**

**ENTER:**

**/s/ ______________________________**
**CURTIS L. COLLIER**
**UNITED STATES DISTRICT JUDGE**